### (July 7, 1977)

■ Lowell M. Birrell, Appellant, v John Cunningham, as Warden, et al., Respondents.—Judgment, Supreme Court, Bronx County, entered on April 14, 1977, unanimously affirmed for the reasons stated by Cioffi, J.,

without costs and without disbursements. Concur—Kupferman, J. P., Silverman, Evans and Lane, JJ.